IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. PAPPAS, M.D. | : | CIVIL ACTION |
| vs. | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | : | NO. 02-CV-3031 |

ORDER

     AND NOW, this       day of September, 2002, upon consideration of Plaintiff's Motion for Costs and Attorneys' Fees, and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and Defendant is DIRECTED to pay Plaintiff the counsel fees and costs incurred as the result of the improper removal of this action to this Court in the amount of $1,799.02 within twenty (20) days of the date of this Order.  See: 28 U.S.C. §1447(c); Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
J. CURTIS JOYNER, J.